**State Bank of Chicago, appellee, v. W. H. Whitaker, appellant.**
Action to recover on promissory notes. Judgment for plaintiff. Appeal from the Circuit Court of Shelby county; the Hon. William

B. Wright, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 21, 1919.

Whitaker, Ward & Pugh, for appellant. Chafee, Chew & Baker, ·for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

Mr. Justice Eldredge delivered the opinion of the court.